1016

[No. 56948-1-I.   Division One.   June 18, 2007.]
THE STATE OF WASHINGTON, *Respondent*, v. KHALEEL GEORGE SALAHUDDIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-07122-1, Michael J. Fox, J., entered September 23, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57179-6-I.   Division One.   June 18, 2007.]
THE STATE OF WASHINGTON, *Respondent*, v. TODD DOUGLAS TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-07107-7, Sharon S. Armstrong, J., entered February 28, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57467-1-I.   Division One.   June 18, 2007.]
THE STATE OF WASHINGTON, *Respondent*, v. RANAE T. NAITOKO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-13301-3, Sharon S. Armstrong, J., entered December 16, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57477-9-I.   Division One.   June 18, 2007.]
TIMOTHY B. JOLLEY, *Appellant*, v. REGENCE BLUESHIELD, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-32570-4, Michael Hayden, J., entered November 23, 2005. *Reversed* and *remanded* by unpublished opinion per Schindler, A.C.J., concurred in by Grosse and Becker, JJ.